# UNITED STATES DISTRICT COURTS
# OF DOVER DELAWARE

07-757

# FORM TO BE USED IN FILING A COMPLAINT
# UNDER THE RIGHTS ACT, 42 U.S.C. Sec. 1983

(Prisoner Complaint Form)

## 1.   CAPTION OF ACTION

**A.   Full Name And Prisoner Number of Plaintiff:  NOTE:** If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application ad Authorization.

X _Ezeadijo Oduehe_

A# _107 414_

YORK COUNTY PRSION
3400 CONCORD ROAD
YORK Pa. 17402-9009

FILED

NOV 21 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

~~scanned~~
NOTFP

-Vs-

**B.   Full Name(s) of Defendant(s) NOTE:** Pursuant to Fed.R.Civ.P 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more that six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.

1. Andrew J Vella

2. State Attorneys Office (District Attorney Office)

3. Dover Police Department of Public Safty

4. Edward Fisher JR. Office, Investigator

5. _____

6. _____

7. _____

## 2.   STATEMENT OF JURISDICTION

**PLAINTIFF'S INFORMATION NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Ezeadigo Oduche #/07-414

York County Prison, 3400 Concord Rd

York. PA 17402

Same AS
Name and Prison Number of Plaintiff: Above

INS# O48-810-588 .

Present Place of Confinement & Address: York Co Prison, 3400 Concord Rd

York PA 17402

**DEFENDANT'S INFORMATION NOTE:** *To provide information about more defendants than there is room here, use this format on another sheet of paper.*

Name of Defendant Andrew J. Vella

(If applicable) Official Position of Defendant: District Attorney

(If applicable) Defendant is Sued in _____ Individual and/or Official Capacity

Address of Defendant: 38 The Green (Kent Co Prothonotary)

Dover DE 19901

Name of Defendant:
District Attorney Office / Superior Court

(If applicable) Official Position of Defendant:
State of Delaware - District Attorney Office

(If applicable) Defendant is Sued in _____ Individual and/or Official Capacity

Address of Defendant:
Kent Co Prothonotary / 38 The Green

Dover, DE 19901

Name of Defendant: *State of Delaware Dept Public Safety*

(If applicable) Official Position of Defendant: _____ Officer *Edward Fisher Jr.*

(If applicable) Defendant is Sued in _____ (Individual) and/or (Official Capacity)

Address of Defendant:

*Dover Police Dept*

*Queen St. Dover DE 19901*

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.** Have you begun any other lawsuits is **state** or **federal court** dealing with **the same facts involved in this action**? Yes_____ No___✗___

If Yes, complete next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): ____*N/A*_____ .

   Defendant(s): _____*N/A*_____ .

   _____ .

2. Court (if federal court, name the district; if state court, name the county): __*N/A*_____

   _____ .

3. Docket or Index Number: ___*N/A*_____ .

4. Name of Judge to whom case was assigned: ___*N/A*_____ .

5. The approximate date the action was filed: _____*N/A*_____ .

6. What was the disposition of the case?

   • Is it still pending? Yes_____ No___✗___

   • If not, give the approximate date it was resolved. _____ .

   • Disposition (check the boxes which apply):

       ❑ Dismissed (check the box which indicates why it was dismissed):

       ❑ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

       ❑ By court for failure to exhaust administrative remedies;

This is a civil action seeking relief and/or damages to defend and prtect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. Sec. 1983 The Court Has jurisdiction over the action pursuant to 28 U.S.C. Sec. 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

- If not, give the approximate date it was resolved. _____*N/A*_____.
- Disposition (check the boxes which apply):
    - ❑ Dismissed (check the box which indicates why it was dismissed):
    - ❑ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
    - ❑ By court for failure to exhaust administrative remedies;
    - ❑ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
    - ❑ By court due to your voluntary withdrawal of claim;

    <u>Judgement</u> upon motion or after trial entered for

    - ❑ Plaintiff
    - ❑ Defendant

**B.** Have you begun **any other lawsuits** in **federal court** which **relate to you imprisonment**?

Yes_____ No___*X*___

If Yes, complete the next section. NOTE: If you have brought more than one lawsuit dealing with your imprisonment, use the same format to describe the other action(s) on another sheet of paper.

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s): _____*None*_____.

    Defendant(s): _____.

    _____.

2.  District Court: _____*None*_____.

3.  Docket Number: _____*None*_____.

4.  Name of District or Magistrate Judge to whom case was assigned: _*None*_

    _____.

5.  The approximate date the action was filed: ___*None*___.

6.  What was the disposition of the case?

    - Is it still pending? Yes_____ No_*X*_
    - If not, give the approximate date it was resolved. ___*None*___.
    - Disposition (check the boxes which apply):
        - ❑ Dismissed (check the box which indicates why it was dismissed):

❑ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

❑ By court for failure to exhaust administrative remedies;

❑ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

❑ By court due to your voluntary withdrawal of claim;

Judgement upon motion or after trial entered for

     ❑ Plaintiff

     ❑ Defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

| | | |
|---|---|---|
| Religion | X Access to the Courts | *Search & Seizure |
| Free Speech | * False Arrest | Malicious Prosecution |
| Due Process | * Excessive Force | X Denial of Medical Treatment |
| X Equal Protection | Failure to Protect | * Right to Counsel |

**Please note that** it is not enough to just list the ground(s) for your action. You must include a statement of the facts which you believe support each of your claims.

**Fed.R.Civ.P.8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

Fed.R.Civ.P 10(b) states that"[a]ll averments of claim…shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On (date of the incident) _June 15 2007_ .

Defendant (give the **name and position held** of **each defendant**:

_District Attorney → ANDrew J. vella_

_Police Investigator → EDward Fisher JR._

_Lawyer → unknown_ .

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _Due Process, Equal Protection_

The relief I am seeking for this claim is (briefly state the relief sought): _To be released From Prison All Charge Dropped. "Punitive", Compensatory Damages)_

## **Exhaustion of Administrative Remedies**

According to 42 U.S.C. § 1997e(a), "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Did you grieve and/or appeal this claim: Yes _X_ No _____

If your answer is yes, state the result I did not have enough time to appeal the Facility's

decision I was taken back to Federal Detention facility where I originally came from

_Court Appeal_ .

Did you appeal that decision: Yes _X_ No_____

If your answer is yes, state the result: _Denied Habeas Corpus_ .

*Attach any documents which indicate that you have*
*exhausted your administrative remedies regarding this claim.*

If your answer is no, state why you did not: _____ As requested copies are attached please.

_____

**B. SECOND CLAIM:** On (date of the incident) _June 15 2007) Malicious Prosecution, Right to Council_

Defendant (give the **name and position held** of **each defendant** involved in this incident)

_District Attorney → Andrew J Vella._

_Lawyer → Unknown_

_____

The constitutional basis for this claim under **42 U.S.C. § 1983** is: _Malicious Prosecution Right to Council, False Arrest_

The relief I am seeking for this claim is (briefly state the relief sought): Fair Trial To Show Evidence That Police have And Distect Attorney have to show innocents. Punitive, Compensatory Damages. Emotional distress, Humiliation

This Suit i can Proove That The Trial Court Was Aware of Evidence That Victum stated i never Committed This CRime, I WAS Prosecuted in Voilation of the Const. Tution of The United States of AmeriCA

## Exhaustion of Administrative Remedies

According to **42 U.S.C. §1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other federal law, by a prsioner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Did you grieve and/or appeal this claim: Yes_____ No _X_

    If your answer is yes, state the result:_____

    Did you appeal that decision: Yes_____ No _X_

    If your answer is yes, state the result: _____ only Habeas Corpus _____

*Attach any documents which indicate that you have*
*exhausted you administrative remedies regarding this claim.*

If your answer is no, state why you did not: I am being deported for false charges That i never Under Stood.

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

10 Million Dollars For All Damages Released From Prison, Not To be deported. For All People Who do Not Speak English To have A Translater.

Do you want a jury trial?  Yes  X  No_____

**I declare under the penalty of perjury that the foregoing is true and correct.**

Executed on _Oct_  _/29_ 200 _7___

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

X Sign

Signature(s) of Plaintiff(s)

**Ezeadigo Oduche**
**York County Prison**
**3400 Concord Prison**
**York, Pa 17402**

**Honorable Judge Whom it may concern:**

My name is Ezeadigo Oduche, on June 15th 2007 I feel that my rights were violated. Due to that lack of me speaking proper English. Why wasn't I appointed an interpreter to translate? I feel this is the first of my reasons for feeling violated. Also I was accursed, arrested, and detained for crimes I had no knowledge of. This act occurred October 4th 2006 at my residence 10 Failway Lake Drive Apt. 12A Dover Delaware, upon arrival of the police department. I was informed of Four (4) charges that I'd be charged with. I was then taken to the police station then to lock-up at Gander Hill, then Smyrana Delaware. On July 15th 2007, I was offered a plea which I rejected because I wasn't guilty of the charge! My public defender advised me to accept the plea offered or face a maximum penalty. I then plead guilty and was sentenced, I did also like to file for ineffective counsel because I feel my attorney didn't have my best interest. I feel the instead just cut a deal with the State and with this information I've provided. I sincerely hope to have your consideration to further look into the face of my rights being violated. Please respond as soon as possible due to the fact that I already notified the Superior Court, Mrs. Ashley refused to notify the Court about my Motion Superior Court Rule 61 Appeal. I would like you to please do something about this it's been 45 days and I have not had any response yet. Your time and effort in this matter are greatly appreciated. Thank you for your time.

Respectfully,

Date: 10/08/07

**Ezeadigo Oduche**
**Case #0610002513**
**S.B.I 522570**

# COMPLAINT

On October 4, 2006, I had a relationship with a young lady, 'and it was sexual.' Around the same time I started also seeing the young ladies mother, who became jealous of my relationship with her daughter and asked me to stop seeing her, because she wanted to get serious. When I did not, the women waited for me and the young lady to have sexual relationships again and reported to the police that I raped her daughter. When the doctor of the Hospital concluded his examination, it was determined that I had not raped the girl, but that it was voluntary. The mother of the girl still being angry wanted charges. The young lady 16 hours after I had been arrested, told the police who was investigating the so-called 'Crime' that she had been jealous and angry. That it wasn't a rape and she lied. The police and District attorney knew of the doctors' report and were very aware of the victim's mother saying she lied on a new affidavit. This was evidence of my innocents in trial, but it was covered up. I was told to waive my preliminary hearing because of my lack of understanding English I wouldn't understand anything, and that I was going to be found guilty even though there was evidence to proof my innocents. That I had better take a plea because of the court was not worried about this evidence. Take a plea, or go to prison for many years, my own attorney was not willing to defend my rights! Courts have refused to assigned me an interpreter to help me to understand which is a clear violation of my rights!

# MY COMPLAINTS

1) The police after being told that I was not guilty, that the mother was just angry should of dropped the charges.

2) District attorney and police never had probable cause to arrest me, because mother was aware we were having sex, I had permission. _____ __ __ _____ ___.

3) The doctors report confirmed that it was not a rape.

4) I was violated Equal Protection of the Law by D.A. and the police.

   _____ _____.

5) When I had hearings, I was told to waive my preliminary hearing because I wouldn't understand anyway. And I couldn't have an interpreter. (Due Process Violation)

   ___ __ __ __ ___ _____.

6) Information that was proof, I was innocent.    Malicious Prosecution

7) Ineffective Council forced me to plea, by threats of Long term in prison.

   ___ __ __ _____ ___.

8) I had a right to a fair trial, not to be Prejudiced against by the D.A, Police and my own attorney, and the appeals court for saying I should of got more time.

*Egeadigo oduede*
*11-11-07*

**Ezeadigo Oduche**
**York County Prison**
**3400 Concord Prison**
**York, Pa 17402**

**Honorable Judge Richard F. Stokes:**

My name is Ezeadigo Oduche, on June 15th 2007 I feel that my rights were violated. Due to that lack of me speaking proper English. Why wasn't I appointed an interpreter to translate? I feel this is the first of my reasons for feeling violated. Also I was accursed, arrested, and detained for crimes I had no knowledge of. This act occurred October 4th 2006 at my residence 10 Failway Lake Drive Apt. 12A Dover Delaware, upon arrival of the police department. I was informed of Four (4) charges that I'd be charged with. I was then taken to the police station then to lock-up at Gander Hill, then Smyrana Delaware. On July 15th 2007, I was offered a plea which I rejected because I wasn't guilty of the charge! My public defender advised me to accept the plea offered or face a maximum penalty. I then plead guilty and was sentenced, I did also like to file for ineffective counsel because I feel my attorney didn't have my best interest. I feel the instead just cut a deal with the State and with this information I've provided. I sincerely hope to have your consideration to further look into the face of my rights being violated. Please respond as soon as possible, your time and effort in this matter are greatly appreciated. Thank you for your time.

Respectfully,

*Ezeadigo Oduche*
**Ezeadigo Oduche**
**Case #0610002513**
**S.B.I 522570**

# MOTION FOR POSTCONVICTION REFIEF

## INSTRUCTIONS

(1)    This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury.

(2)    All grounds for relief and supporting facts must be included, and all questions must be answered briefly in the proper space on the form.

(3)    Additional pages are not permitted. If more room is needed, use the reverse side of the sheet.

(4)    No citation of authorities is required. If legal arguments are submitted, this should be in a separate memorandum.

(5)    Only convictions that were included in the same plea agreement or were tried together my be challenged in a single motion.

(6)    When the motion is completed, the original must be mailed to the Prothonotary in the county in which the judgement of conviction was entered. No fee is required.

(7)    The motion will be accepted if it conforms to these instructions. Otherwise, it will be returned with a notation as to the deficiency.


To return by mail:

New Castle County Prothonortary                     Kent County Prothonotary
500 N. King Street                                  38 The Green
Suite 500, Lower Level 1                            Dover, DE 19901
Wilmington, DE 19801

Sussex County Prothonotary
1 The Circle, Suite 2
Georgetown, DE 19947

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR____Kent_____COUNTY

STATE OF DELAWARE )
             v. )  No._____
         )  (to be supplied by Prothonotary)
         )
Ezeadigo Oduche )
Name of Movant on Indictment )
         )
         )
Ezeadigo Oduche )
Correct Full Name of Movant )

## MOTION FOR POSTCONVICTION RELIEF

## MOTION

1. County in which you were convicted <u>Kent County</u>

2. Judge who imposed sentence <u>Judge Richard Stokes</u>

3. Date sentence was imposed <u>2/20/07</u>

4. Offence(s) for which you were which you were sentenced and length of sentence (s):

   <u>1st degree Dropped to Rape 4th degree. 15 years Suspended Time served. 3 month, PAP Center George Town 18 months Level 3 Probation</u>

5. Do you have any sentence(s) to serve other that then the sentence(s) imposed because of the judgement(s) under attack in this month?    Yes( )    No( X )
   If your answer is "yes," give the following information:
   Name and location of court(s) which imposed the other sentence(s):

   _____ _____ __<u>N/A</u>____ _____ _____

   Date sentence(s) imposed:__<u>N/A</u>

   Length of sentence(s)_____<u>N/A</u>

6. What was the basis for the judgement(s) of conviction?    (Check One)

   Plea of Guilty  ( )
   Plea of guilty without admission of guilt  ("Robinson plea")  ( X )
   Plea of nolo contender  ( )
   Verdict of jury    ( )
   Finding of judge (non-jury trial)  ( )

7. Judge who accepted plea or president at trial____ <u>Unknown</u>

8. Did you take witness stand and testify?    (Check One)
   No Trial ( )    Yes( )    No( X )

9. Did you appeal from the judgement of conviction? Yes( )    No( X )
   If your answer is "yes," give the following information:

   Case Number of appeal_____ <u>None</u>

   Date of courts final order or opinion__ _ <u>2/20/07</u>

10.     Other than a direct appeal from the judgment(s) of conviction, have you filed any other motion(s) or petition(s) seeking relief from the judgment(s) in state or federal court?

Yes( )   No( X )   How many? ( )

If your answer is "yes," give the following information as to each:

Nature of proceeding(s)_____N/A

Grounds raised_____N/A

Was there an evidentiary hearing?_____N/A

Case number of proceeding(s)_____N/A

Date(s) of courts final order(s) or opinion(s)_____N/A

11.     Give the name of each attorney who represented you in the following stages of the proceedings relating to the judgement(s) under attack in this motion:

At plea of guilty or trial_____Attorney Kathleen P.D.

On appeal_____NONE

In any postconviction proceeding_____NONE

12.     State every ground on which you claim that your rights were violates. If you fail to set forth all grounds in this motion, you may be barred from raising additional grounds at a later date. You must state facts in support of the ground(s) which you claim. For your information, the following is a list of frequently raised grounds for relief (you may also raise ground that are not listed here)" double jeopardy; illegal detention, arrest, or search or seizure; coerced confession or guilty plea; uniformed waiver of the right to counsel, to remain silent, or to a speedy trial; denial of the right to confront witnesses, to subpoena witnesses, to testify, or to effective assistance of counsel; suppression of favorable evidence; unfulfilled plea agreement.

Ground one:___Effective Assistance of council
Supporting facts (State the briefly without citing cases):
Attorney told me because I could not speak English well, I would receive many years in
Prison I believe attorney did not inform me legally, was Prejudicedure.

Ground two:_Coerced Confession or guilty plea

Supporting facts (state the facts briefly without citing cases)"
I was threatened by attorney with lots of time because I can't speak English well. Also
told me I would not be deported.

If any of the grounds listed were not previously raised, state briefly what grounds were
not raised, and give your reason(s) for not doing so:__I am not an attorney, so I am held
to less standards_____(I NEED AN ATTORNEY APPOINTED TO ME)

        Wherefore, movant asks that the court grant him all relief to which he may be
entitled in this proceeding.

_____                          Signature of Attorney (if any)

            I declare the truth of the above under penalty of perjury.

_Execadise octolChia_
_10 / 14 / 07_                                   _Chiff_

Date Signed                                      Signature of Movant
                                                 (Notarization not required)

**DC-198**     **MOTION FOR POST CONVICTION COLLATERAL RELIEF**
Rev. 7-01

<table>
<tr>
<td>

**State of Delaware**
**VS**


**Ezeadigo Oduche**

</td>
<td>

**COURT AND DOCKET NUMBERS Sentenced Date march 30, 2006. Superior Court (Dover): Case# 061002513. S.S# 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. D.O.B 02-06-81. S.B.I 522570**

</td>
</tr>
</table>

NOTE: List below those informations or indictments & offenses for which you have not completed your sentence.

**INFORMATION OR INDICTMENT NUMBERS:**
Rape 1st degree Dropped to Rape 4th degree: 15 years suspended, time served. 3 months rap

center George Town 18 months Level 3 probation

**ORIGINAL____DISTRICT ATTORNEY'S COPY____ATTORNEY'S COPY____DEFENDANT'S COPY___**

**I WAS CONVICTED OF THE FOLLOWING CRIMES:**

Rape 4th degree

**1. MY NAME IS: Ezeadigo Oduche**

**2. I AM NOW**

(a) ___ On Parole  (b) **X** On Probation  (c) **X** Confined in **York County Prison**

(d) ___ Residing at INS Jail Pennsylvania, 3400 Concord Road York County PA. 17402

**3.**

  **I WAS SENTENCED ON Feb. 20, 2007 TO A TOTAL TERM**

  **OF 15 years suspended COMMENCING ON Oct. 4, 2006 BY**

  **JUDGE(S Judge Stoke**

  **FOLLOWING A:** ___ **Trial by jury**                    **X** **Plea of Guilty**

                    ___ **Trial by a judge without a jury** ___ **Plea of nolo contender**

          **I am** ___ **Serving**              ___ **Waiting to serve  The Sentence Imposed**

ORIGINAL____DISTRICT ATTORNEY'S COPY____ATTORNEY'S COPY____DEFENDANT'S COPY____

## 4. I AM ELIGIBLE FOR RELIEF BECAUSE OF:

__X__ (I)  A violation of the Constitution of this Delaware or the Constitutiou or laws of the
United States which, in the circumstances of the particular case, so uudermined the truth-
Determining process that no reliable adjudication of guilt or innocence could have taken
place.

__X__ (II)  Ineffective assistance of counsel which, in the circumstances of the particular case, so
undermined the truth-determining process that no reliable adjudication of guilt or innocence
could have taken place.

__X__ (III) A plea of guilty unlawfully induced where the circumstances make it likely that the
inducement caused the petitioner to plead guilty and the petitioner is innocent.

____ (IV) The improper obstrnction by government officials of the petitioner's right of appeal where a
meritorious appealable issue existed and was properly preserved in the trial court.

____ (V) The unavailability at the time of trial of exculpatory evidence that has subsequently become
available and would have changed the outcome of the trial if it had been introduced.

____ (VI) The imposition of a sentence greater than the lawful maximum.

____ (VII) A proceeding in a tribnnal without jurisdiction.

## 5. THE FACTS IN SUPPORT OF THE ALLEGED ERROR(S) UPON WHICH THIS MOTION IS BASED
ARE AS FOLLOWS: (State facts clearly and fully; argument, citations, or discussions of authorities shall
not be included.)

(A) I know the following facts to be true of my own personal knowledge:

__The Petitioner was advised by Attorney that if he did not take the plea, he would receive a "Good" amount of tim

the Petitioner believe I was forced by Coercion of threats of many years in Prison when I am not guilty. I was advised

my attorney since I could not understand English that I should waive my Preliminary hearing. I was wrongfully advise

and Pre-Judged by my attorney and therefore denied due process of law.

ORIGINAL____ DISTRICT ATTORNEY'S COPY____ ATTORNEY'S COPY____ DEFENDANT'S COPY____

(B) I was never advised by my attorney that I could be deported if I pleaded guilty. Or that I was entitled a preliminary hearir just was wrongly advised.

David JJ. Facciolo, my attorney advised me that I would have nothing to worry about of any INS problems b accepting this sentence. Petitioner mom is aware of Lawyers wrong advice!

(C) **In the event my appeal is allowed as requested under #4, the following are the matters which I intended t assert on that appeal (Specify the matters to be asserted if appeal is allowed)**

1) Ineffective Council: The Petitioner Attorney. A public defender made petitioner feel because h couldn't speak English well. That he needed to waive hearings and take a plea. Or he would be slammed with time.

2) Unlawfully Induced Guilty Plea: The petitioner was coerced. To take plea by threats of a lot tir They scared me into plea. I was innocent to these charges.

## 6. SUPPORTING EXHIBITS

(A) **In support of this motion I have attached as exhibits:**

      \_\_\_ **Affidavits**

      _X_ **Records**

      \_\_\_ **Other Supporting Evidence**

On a videoconference with public defender, I was advised on video about me to waive hearing because of me not

speaking English well. Also, Doctors report police report of victim telling them I did not do anything!

## 7. I HAVE TAKEN THE FOLLOWING ACTION(S) TO SECURE RELIEF FROM MY CONVICTION(S) OR SENTENCE(S):

**(A) Direct Appeal**    **(IF "YES," name the court(s) to which appeal(s) was/were taken, date, term and number, and result.)**

    \_\_\_ YES  _X_ NO

**(B) Previous proceedings in the courts of the Commonwealth of Pennsylvania**

    \_\_\_ YES  _X_  NO    **(IF "YES," name the type of proceedings (such as habeas corpus, etc.) – including former proceedings under the Post Conviction Hearing Act the Court(s) in which petition(s) was/were filed, date, term and number, and result, Including all appeals.)**

**(C) Habeas Corpus or other proceedings in Federal Courts**

    \_\_\_ YES  _X_  NO    **(IF "YES," name the district in which the petition(s) was/were filed, date(s), Court Number – civil action or miscellaneous, and result, including all appeals.)**

4

**(D) Other legal proceedings**

___ YES  __X__ NO    (IF "YES," give complete details – type of action, court in which filed, date, term and number, and result, including all appeals.)

**8. FOLLOWING MY ARREST, I WAS REPRESENTED BY THE FOLLOWING LAWYER(S): (Give the lawyer's name and the proceeding at which he/she represented you.)**

Public Defender: Name, UNKNOWN. (Feb. 20, 2007) Sentencing & plea Superior Court Dover, DE.

**9. I PREVIOUSLY CHALLENGED MY CONVICTION IN THE FOLLOWING COURTS:**

| Court | Caption | Term Number | Attorney | Relief Requested |
|-------|---------|-------------|----------|------------------|
|       | None    |             |          |                  |

**10. THE ISSUES WHICH I HAVE RAISED IN THIS MOTION HAVE NOT BEEN PREVIOUSLY LITIGATED OR ONE OF THE FOLLOWING APPLIES:**

___  **(I)  The allegation of error has not been waived.**

___  **(II)  If the allegation of error has been waived, the alleged error has resulted in the conviction or affirmation of the sentence of an innocent individual.**

**The failure to litigate this issue(s) prior to or during trial or on direct appeal could not have Been the result of any rational, strategic, or tactical decision by counsel.**

**ORIGINAL    DISTRICT ATTORNEY'S COPY    ATTORNEY'S COPY    DEFENDANT'S COPY**

**11. BECAUSE OF THE FOREGOING REASONS, THE RELIEF WHICH I DESIRE IS:**

    (A) ___ **Release from custody and discharge**

    (B) __X__ **A new trial Jury trial**

    (C) ___ **Correction of sentence**

    (D) ___ **Other Relief (Specify):** _____

---

**12. I request an evidentiary hearing. I certify, subject to the penalties for unsworn falsification to Authorities set forth at 18 Pa.C.S. § 4904, that the following persons will testify to the matters stated. I have attached to this petition all documents material to the witness' testimony.**

**Witness Name:** Morean Debie
**Witness Address:** 772 Slaughter Street Dover, DE.
**Witness Date of Birth:** October 11, 1962
**Witness Testimony:** She talked to victim, mother and victim. They admitted to this lady that it was not a rap. The

mother was mad because she liked this man, she wanted revenge.

**Witness Name:** _____
**Witness Address:** _____
**Witness Date of Birth:** _____
**Witness Testimony:** _____

**Witness Name:** _____
**Witness Address:** _____
**Witness Date of Birth:** _____
**Witness Testimony:** _____

**Witness Name:** _____
**Witness Address:** _____
**Witness Date of Birth:** _____
**Witness Testimony:** _____

**13. Based upon the exceptional circumstances set forth below, I request that the District Attorney produce the following documents:**
Doctors report from hospital that it was not a rap. Police report victim stated It was not a rape. Police report will prove my innocence.

6

**ORIGINAL**____ **DISTRICT ATTORNEY'S COPY**____ **ATTORNEY'S COPY**____ **DEFENDANT'S COPY**____

**14. I ask that the Court consider the following argument, citation and discussion of authorities:**
The police report was never entered into the court hearing or was the doctor report.

**15.**

(A) I am ____ ABLE ___X___ NOT ABLE to pay the cost of this proceeding.

I have $_____0.00_____ in my prison account.

(B) My other financial resources are: NONE

**ORIGINAL____ DISTRICT ATTORNEY'S COPY____ ATTORNEY'S COPY____ DEFENDANT'S COPY____**

16.  (A)  _X_   I do not have a lawyer and I am without fiuancial resources or otherwise unable to
             obtain a lawyer.

       (1)  _X_   I request the court to appoint a lawyer to represent me.

       (2)  ___   I do not want a lawyer to represent me.

   (B)  ___   I am represented by a lawyer. (Give name and address of your lawyer.)

 

 

_____
(Signature of Defendant)

ORIGINAL____  DISTRICT ATTORNEY'S COPY____  ATTORNEY'S COPY____  DEFENDANT'S COPY____

**UNSWORN DECLARATION**

I, Ezeadigo Oduche, do hereby verify that the facts set

forth in the above motion are true and correct to the best

of my personal knowledge or information and belief, and

that any false statements herein are made sub-ject to the

penalties of Section 4904 of the Crimes Code (18 Pa. C.S.

§ 4904), relating to unsworn falsification to authorities.

No Notary
Required

_____
(Signature of Defendant)

**ORIGINAL_____ DISTRICT ATTORNEY'S COPY_____ ATTORNEY'S COPY_____ DEFENDANT'S COPY____**

TO: Dover Police Records

My name is Ezeadigo Oduche, I was arrested on October 4, 2006 for rape. My social security # is 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, my date of birth is 02-06-81. I need all my police records in my care on the grounds the Superior Court has advised me to contact the Dover Police to return my records. I need all records, reports, from detective and Doctor, including any and all test. Please send this information too me A.S.A.P.

Sincerely,

**Case No: 0610002513**
**Criminal Action No: PK06-10-1890**

Ezeadigo Oduche
3400 Concord Road
York, Pa 17402



Oduche Ezeadigo 187.414
8400 Concord R
York, PA 17402

THIS CORRESPONDENCE
ORIGINATES FROM AN
INMATE INSTITUTION

LANCASTER PA 176    NOV 15 / 2007    LANCASTER PA 176

THIS CORRESPONDENCE
ORIGINATES FROM AN
INMATE INSTITUTION

United State District Court
300 S. New St
Dover, DE 19904