IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

DELWARE.

07-757 (SLR)

EZEADIGO ODUCHE

V.

ANDREW J. VELLA

STATE Attorney office
Dover Police Department of
Public Safety and
Edward Fisher, JR

Ezeadigo Oduche , Sbi # 107414
I THE Plaintiff in the above Captioned matter. Has filed this action pursuant to 42 U.S.C 1983 Without prepayment of the filling fee or a request to proceed in Forma Pauperis.
NAME:
I, Ezeadigo Oduche ,declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that I am the person above and that I am unable to pay the fee. I believe that my appeal/motion is valid, and I declare that the following information is true and correct to the beest of my knowledge;

Assets  0

Wages, Salary   $ 0 month

Other Income   $ 0 month
(business, profession,
(self-employed, rent
Cash $ 0
Checking or Savings Account  0

Property  NONE
(real estate, automobile, stocks, bonds)
Other Financial Support $ 0
(public assistance, alimony,
child support, gift, parent,
spouse, other family members, etc.

Expenses (including dependents)

Housing

(rent, mortgage, etc.) $ 0 /month

Food      0   /month
Clothing  0   /month
Utilities 0   /month
(phone, electric, gas, water, etc.)

Transportation  0  /month

Debts, Liabilities $ 0 /month

Other  0   $ 0 /month
(specify)

Signature

12-24-2007
Date.

**YORK COUNTY PRISON**   105446

Date 11/1/07   I.D.# 107414   Housing NNC-15A

For Ezeadigo Oduche-Nwakaihe

From Oduche

Amount $ 30.00   MO   Officer SG 679

White - Prison   Yellow - Inmate   Pink - Payer

Ezeadigbo Oducha #107-414
"THIS CORRESPONDENCE ORIGINATES
FROM AN INMATE INSTITUTION"
York County Prison
3400 Concord Road
York, PA 17402



LANCASTER PA 176
26 DEC 2007 PM 1 L

U.S. District Court
844 N. King St Lockbox 18
Wilmington, DE 19801-3570