# Account Balance



FILED
JAN 02 2008
U.S DISTRICT COURT
DISTRICT OF DELAWARE

Page 1 of 3
07-757 (SLR)
12/24/2007

| Inmate ID: | 107414 | Name: | ODUCHEO-NWAKAIHE (I), EZAD | True Balance: | 75.04 |
| | | Location: | IDB-7A | Commissary Balance: | 75.04 |

B/7 scanned

| Trans | Date | Action | Comment | Adjustment | Balance After |
|---|---|---|---|---|---|
| 182824( | 12/20/2007 | Withdrawal | Paid OFF Bill #363178: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1338 | -45.25 | 75.04 |
| 182824 | 12/20/2007 | Bill Receipt (A/P | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1338 | | |
| 182074 | 12/13/2007 | Withdrawal | Paid OFF Bill #361640: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1333 | -82.86 | 120.29 |
| 182074 | 12/13/2007 | Bill Receipt (A/P | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1333 | | |
| 181742 | 12/10/2007 | Withdrawal | Paid OFF Bill #361044: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.41 | 203.15 |
| 181742( | 12/10/2007 | Bill Receipt (A/P | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |
| 181124: | 12/3/2007 | Withdrawal | Paid OFF Bill #359775: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.58 | 203.56 |
| 181124: | 12/3/2007 | Bill Receipt (A/P | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |
| 181005 | 11/30/2007 | Add | Money Order deposit: #2 | 200.00 | 204.14 |
| 180533( | 11/27/2007 | Withdrawal | Paid OFF Bill #358523: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.58 | 4.14 |
| 180533 | 11/27/2007 | Bill Receipt (A/P | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |
| 179781 | 11/19/2007 | Withdrawal | Paid OFF Bill #357030: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1316 | -39.60 | 4.72 |
| 179781 | 11/19/2007 | Bill Receipt (A/P | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1316 | | |
| 179056 | 11/12/2007 | Withdrawal | Paid OFF Bill #355588: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1311 | -36.60 | 44.32 |
| 179056 | 11/12/2007 | Bill Receipt (A/P | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1311 | | |
| 178928 | 11/9/2007 | Withdrawal | Paid OFF Bill #355313: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.58 | 80.92 |
| 178928 | 11/9/2007 | Bill Receipt (A/P | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |
| 178899 | 11/9/2007 | Transfer | Final payment for Bill #355246355246: To 107414 (ODUCHEO-NWAKAIHE (I), EZAD) From Commissary--Order #1306  11/05/07 ORDER CREDIT FOR: 1 Pomade | 2.33 | 81.50 |
| 178899 | 11/9/2007 | Bill Charge (A/R) | To 107414 (ODUCHEO-NWAKAIHE (I), EZAD) From Commissary--Order #1306  11/05/07 ORDER CREDIT FOR: 1 Pomade | | |
| 178566 | 11/7/2007 | Withdrawal | Paid OFF Bill #354560: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.58 | 79.17 |
| 178566 | 11/7/2007 | Bill Receipt (A/P | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |



Ezeadigo Oduche
#107414
York County Prison
3400 Concord Road
York, Pa 17402-9580

LANCASTER PA 175
31 DEC 2007 PM 1 L

U.S. Distect Court
844 N. King St
Lock Box 18
Wilmington, DE 19801