# Account Balance

1/18/2008

| Inmate ID: | 107414 | Name: | ODUCHEO-NWAKAIHE (I), EZAD | True Balance: | 0.09 |
| | | Location: | IDB-7A | Commissary Balance: | 0.09 |

| Trans | Date | Action | Comment | Adjustment | Balance After |
|---|---|---|---|---|---|
| 184745? | 1/10/2008 | Withdrawal | Paid OFF Bill #367080: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1351 | -0.30 | 0.09 |
| 184745? | 1/10/2008 | Bill Receipt (A/P) | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1351 | | |
| 183345? | 12/27/2007 | Withdrawal | Paid OFF Bill #364195: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1342 | -74.65 | 0.39 |
| 183345? | 12/27/2007 | Bill Receipt (A/P) | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1342 | | |
| 182824? | 12/20/2007 | Withdrawal | Paid OFF Bill #363178: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1338 | -45.25 | 75.04 |
| 182824? | 12/20/2007 | Bill Receipt (A/P) | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1338 | | |
| 182074? | 12/13/2007 | Withdrawal | Paid OFF Bill #361640: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1333 | -82.86 | 120.29 |
| 182074? | 12/13/2007 | Bill Receipt (A/P) | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1333 | | |
| 181742? | 12/10/2007 | Withdrawal | Paid OFF Bill #361044: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.41 | 203.15 |
| 181742? | 12/10/2007 | Bill Receipt (A/P) | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |
| 181124? | 12/3/2007 | Withdrawal | Paid OFF Bill #359775: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.58 | 203.56 |
| 181124? | 12/3/2007 | Bill Receipt (A/P) | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |
| 181005? | 11/30/2007 | Add | Money Order deposit: #2 | 200.00 | 204.14 |
| 180533? | 11/27/2007 | Withdrawal | Paid OFF Bill #358523: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.58 | 4.14 |
| 180533? | 11/27/2007 | Bill Receipt (A/P) | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |
| 179781? | 11/19/2007 | Withdrawal | Paid OFF Bill #357030: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1316 | -39.60 | 4.72 |
| 179781? | 11/19/2007 | Bill Receipt (A/P) | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1316 | | |
| 179056? | 11/12/2007 | Withdrawal | Paid OFF Bill #355588: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1311 | -36.60 | 44.32 |
| 179056? | 11/12/2007 | Bill Receipt (A/P) | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1311 | | |
| 178928? | 11/9/2007 | Withdrawal | Paid OFF Bill #355313: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.58 | 80.92 |
| 178928? | 11/9/2007 | Bill Receipt (A/P) | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |

# Account Balance

1/18/2008

| ID | Date | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| 178899? | 11/9/2007 | Transfer | Final payment for Bill #355246355246: To 107414 (ODUCHEO-NWAKAIHE (I), EZAD) From Commissary--Order #1306  11/05/07 ORDER CREDIT FOR: 1 Pomade | 2.33 | 81.50 |
| 178899? | 11/9/2007 | Bill Charge (A/R) | To 107414 (ODUCHEO-NWAKAIHE (I), EZAD) From Commissary--Order #1306  11/05/07 ORDER CREDIT FOR: 1 Pomade | | |
| 178566? | 11/7/2007 | Withdrawal | Paid OFF Bill #354560: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.58 | 79.17 |
| 178566? | 11/7/2007 | Bill Receipt (A/P) | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |
| 178539? | 11/7/2007 | Withdrawal | Paid OFF Bill #354493: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.41 | 79.75 |
| 178538? | 11/7/2007 | Bill Receipt (A/P) | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |
| 178524? | 11/7/2007 | Withdrawal | Paid OFF Bill #354457: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.41 | 80.16 |
| 178524? | 11/7/2007 | Bill Receipt (A/P) | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |
| 178263? | 11/5/2007 | Withdrawal | Paid OFF Bill #353921: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1306 | -40.13 | 80.57 |
| 178262? | 11/5/2007 | Bill Receipt (A/P) | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1306 | | |
| 177990? | 11/1/2007 | Add | Money Order deposit: #2 | 30.00 | 120.70 |
| 177779? | 10/30/2007 | Withdrawal | Paid OFF Bill #352865: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE/CERT/RETURN/6354/SUP. COURT/KENT CTY. PROTHONOTARY/38 THE GREEN,DOVER, DE. 19901 | -5.21 | 90.70 |
| 177779? | 10/30/2007 | Bill Receipt (A/P) | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE/CERT/RETURN/6354/SUP. COURT/KENT CTY. PROTHONOTARY/38 THE GREEN,DOVER, DE. 19901 | | |
| 177505? | 10/29/2007 | Withdrawal | Paid OFF Bill #352323: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1301 | -42.83 | 95.91 |
| 177505? | 10/29/2007 | Bill Receipt (A/P) | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1301 | | |
| 176810? | 10/22/2007 | Withdrawal | Paid OFF Bill #350900: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.41 | 138.74 |
| 176810? | 10/22/2007 | Bill Receipt (A/P) | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |
| 176806? | 10/22/2007 | Withdrawal | Paid OFF Bill #350889: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | -0.41 | 139.15 |
| 176806? | 10/22/2007 | Bill Receipt (A/P) | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE | | |
| 176748? | 10/22/2007 | Withdrawal | Paid OFF Bill #350752: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1296 | -51.63 | 139.56 |
| 176748? | 10/22/2007 | Bill Receipt (A/P) | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1296 | | |
| 176031? | 10/15/2007 | Withdrawal | Paid OFF Bill #349308: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE/5 / 3 OZ. LETTERS | -3.75 | 191.19 |

Case 1:07-cv-00757-SLR   Document 8   Filed 01/28/2008   Page 3 of 3

Page 3 of 3

# Account Balance

1/18/2008

| ID | Date | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| 176031( | 10/15/2007 | Bill Receipt (A/P | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE/5 / 3 OZ. LETTERS | | |
| 175970! | 10/15/2007 | Withdrawal | Paid OFF Bill #349173: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1291 | -76.65 | 194.94 |
| 175970: | 10/15/2007 | Bill Receipt (A/P | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1291 | | |
| 1758681 | 10/12/2007 | Transfer | Final payment for Bill #348943348943: To 107414 (ODUCHEO-NWAKAIHE (I), EZAD) From Commissary--Order #1286  10/08/07 ORDER CREDIT FOR: 1 Soap Dish, 2 Crew Sock - Mens, 1 Fillet Of Mackeral, 1 Bath Towel, 1 Blanket, 5 Tablet - 8 1/2 X 11 | 28.15 | 271.59 |
| 175867! | 10/12/2007 | Bill Charge (A/R) | To 107414 (ODUCHEO-NWAKAIHE (I), EZAD) From Commissary--Order #1286  10/08/07 ORDER CREDIT FOR: 1 Soap Dish, 2 Crew Sock - Mens, 1 Fillet Of Mackeral, 1 Bath Towel, 1 Blanket, 5 Tablet - 8 1/2 X 11 | | |
| 175196: | 10/8/2007 | Withdrawal | Paid OFF Bill #347555: To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1286 | -209.09 | 243.44 |
| 175196( | 10/8/2007 | Bill Receipt (A/P | To Commissary From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--Billing for Commissary Order #1286 | | |
| 175094! | 10/5/2007 | Withdrawal | Paid OFF Bill #347360: To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE/3 OZ. PARCEL | -1.47 | 452.53 |
| 175094( | 10/5/2007 | Bill Receipt (A/P | To Mail/Postage From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--POSTAGE/3 OZ. PARCEL | | |
| 174788: | 10/3/2007 | Withdrawal | Paid OFF Bill #346663: To Notary Work From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--NOTARY FEE DONE 9/25/07 | -10.00 | 454.00 |
| 174788! | 10/3/2007 | Bill Receipt (A/P | To Notary Work From 107414 (ODUCHEO-NWAKAIHE (I), EZAD)--NOTARY FEE DONE 9/25/07 | | |
| 174642 | 10/2/2007 | Add | Cash deposit: #1 | 464.00 | 464.00 |
| 174642: | 10/2/2007 | Open | Opened Inmate Account | 0.00 | 0.00 |

**True Balance:** 0.09
**Commissary Balance:** 0.09