IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EZEADIGO ODUCHE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-757-SLR |
| ) | |
| ANDREW J. VELLA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, plaintiff, Ezeadigo Oduche, Jr. filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this court granted plaintiff leave to proceed without prepayment of fees, and on January 31, 2008, entered an order requiring plaintiff to complete and return an authorization form within thirty days or the case would be dismissed (D.I. 9);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from plaintiff;

THEREFORE, at Wilmington this 29th day of March, 2008, IT IS HEREBY ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE